Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

FILED
MAY 03 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:         CLERK, U.S. BANKRUPTCY COURT

Re:         UNDISTRIBUTED FUNDS

Debtors:    CARL LEE HILL & TRACEY LYNN HILL
            41836 SHAIN LANE
            QUARTZ HILL, CA 93536

Case No.:   SV08-11115-VK

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| CARL LEE HILL & TRACEY LYNN HILL<br>41836 SHAIN LANE<br>QUARTZ HILL, CA 93536 | $35.45 |

Dated: April 29, 2011

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0829687
Check Date: 04/21/2011
Check Amt: 35.45

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0811115 | | CARL LEE HILL | | 0.00 | 0.00 | 35.45 | 35.45 |
| | Claim #: 00000 | TRACEY LYNN HILL | | | | | |
| | | | TOTALS | 0.00 | 0.00 | 35.45 | 35.45 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

HILL, CARL LEE

Case No: 0811115

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

| CHECK DATE | CHECK NO. |
|---|---|
| Apr 21, 2011 | 0829687 |

**CHECK AMOUNT**
$*********35.45

**VOID AFTER 60 DAYS**

PAY ONLY  35.45
THREE FIVE PERIOD FOUR FIVE

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $35.45

*Elizabeth F Rojas* (signature)

⑈0829687⑈ ⑆122044300⑆ 001⑈111690⑈